IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Segoviano, Latonya

Printed: 12/23/08

Case Number: 08 B 08977
Judge: Hollis, Pamela S
Filed: 4/12/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 19, 2008
Confirmed: July 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,200.00 |  |
| Secured: |  | 750.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 3,175.20 |
| Trustee Fee: |  | 274.80 |
| Other Funds: |  | 0.00 |
| Totals: | 4,200.00 | 4,200.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,491.50 | 3,175.20 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 4. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 5. | Popular Mortgage Services | Secured | 0.00 | 0.00 |
| 6. | Capital One Auto Finance | Secured | 15,805.00 | 750.00 |
| 7. | Countrywide Home Loans Inc. | Secured | 16,858.45 | 0.00 |
| 8. | GMAC Mortgage Corporation | Secured | 2,799.98 | 0.00 |
| 9. | GE Money Bank | Unsecured | 952.50 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 129.52 | 0.00 |
| 11. | RMI/MCSI | Unsecured | 25.00 | 0.00 |
| 12. | HSBC Auto Finance | Unsecured | 187.26 | 0.00 |
| 13. | Asset Acceptance | Unsecured | 173.50 | 0.00 |
| 14. | Premier Bankcard | Unsecured | 10.07 | 0.00 |
| 15. | Advance America | Unsecured | 86.40 | 0.00 |
| 16. | Illinois/Service Federal Savin | Unsecured | 481.87 | 0.00 |
| 17. | Capital One Auto Finance | Unsecured | 22.54 | 0.00 |
| 18. | Cash Loans Today | Unsecured | 94.70 | 0.00 |
| 19. | American General Finance | Unsecured | 274.47 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 94.91 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 178.89 | 0.00 |
| 22. | Portfolio Recovery Associates | Unsecured | 540.49 | 0.00 |
| 23. | ECast Settlement Corp | Unsecured | 161.32 | 0.00 |
| 24. | U.S. Department Of Education | Unsecured | 556.99 | 0.00 |
| 25. | US Bank Corp | Unsecured | 148.31 | 0.00 |
| 26. | City Of Chicago Dept Of Revenue | Unsecured | 38.00 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Segoviano, Latonya

Printed: 12/23/08

Case Number: 08 B 08977
Judge: Hollis, Pamela S
Filed: 4/12/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Nicor Gas | Unsecured | 123.89 | 0.00 |
| 28. | Aurora Loan Service | Secured | | No Claim Filed |
| 29. | Citi Mortgage | Unsecured | | No Claim Filed |
| 30. | Diversified Adjustment Service | Unsecured | | No Claim Filed |
| 31. | Mitchell N Kay | Unsecured | | No Claim Filed |
| 32. | Harris & Harris | Unsecured | | No Claim Filed |
| 33. | One Iron Ventures | Unsecured | | No Claim Filed |
| | | | $ 43,235.56 | $ 3,925.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 156.00 |
| 6.6% | 118.80 |
| | $ 274.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

